

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00230-CR

CLINTON JAMES DAVIS                                                   APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

### FROM THE 271ST DISTRICT COURT OF WISE COUNTY
### TRIAL COURT NO. CR18967

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). Because this court has not yet issued a decision in this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL: SUDDERTH, C.J.; WALKER and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 8, 2018